IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MISAEL MENDEZ, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-cv-115 (HL) |
| | * |
| BERRY GLOBAL INC., | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 25, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 25th day of September, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk